# Exhibit "A"



**Date Image Discovered**

# Exhibit "B"



**Date Image Discovered**

# Exhibit "C"

 

# J.R. CRICKETS NORTHLAKE

#DEMWINGSTHO

THE NEIGHBORHOOD WING LOUNGE

**OPEN**

4805 BRIARCLIFF RD. STE 106 ATLANTA, GA 30345. T: 678.395.7495

HOME | WINGS & THINGS | WHAT'S NEW | ORDER ONLINE | LOCATION & CONTACT | JOBS | WE HAVE MORE FUN

## JR CRICKETS WINGS

Welcome to our Northlake Location!



Download Menu

### BUFFALO STYLE CHICKEN WINGS

Wings is our thing!

  

**Buffalo Style Chicken Wings**

Our wings are offered: HOT, MEDIUM, or MILD. We also have specialty flavors: Lemony Pepper, Southern Sweet BBQ, Buffalo Teriyaki, Three Mile Island, Sanchez, Foster, Buffalo BBQ, Billy Dee's House Wings or Dirty Bird! (10 & 20 pc. orders add $0.59 per order. For 30 pc. or more add $0.99 per order.

$9.49

| | |
|---|---|
| 10 Piece | $9.99 |
| 20 Piece | $17.99 |
| 30 Piece | $24.99 |
| 50 Piece | $39.29 |

**Chicken & Waffles**

Fresh 7' waffle with your choice of chicken breast or 5 Buffalo style chicken wings, served with syrup and butter....

$9.99

| | |
|---|---|
| Waffle & Chicken Sliders | $9.99 |
| 3 Bacon Strips | $1.59 |

**Wings & Ribs**

10 wings and 3 BBQ Pork Ribs, served with bleu cheese and fries

$14.99

| | |
|---|---|
| Wings & Shrimp | $14.99 |
| Wings & Fingers | $14.99 |
| Wings & Fish | $14.99 |



Date Image Discovered

# Exhibit "D"



**Date Infringement Discovered**

# Exhibit "E"



Date-Stamp of Image Stored in Website Server

