# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. F/K/A ADLIFE MARKETING & COMMUNICTIONS CO. INC., <br><br> Plaintiff, <br><br> v. <br><br> BILT ENTERPRISES LLC d/b/a J.R. CRICKETS NORTHLAKE; BILLY WILLIAMS, individually; and DOES 1-10, inclusive, <br><br> Defendant. | Case No. _____ <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

Under Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of the Norther District of Georgia, Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co. Inc. makes the following disclosures:

**(1) The undersigned counsel of record for Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co. Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more stock of a party:**

Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co. Inc.

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or**

**corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

(3) **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this proceeding:**

    Counsel for Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co. Inc.:

    Jayma C. Leath
    Higbee & Associates
    1504 Brookhollow Dr., Ste 112
    Santa Ana, CA 92705-5418

Plaintiff reserves the right to amend, correct and update this Disclosure Statement throughout the pendency of this action.

Dated: November 19, 2021                      Respectfully submitted,

                                                            **/s/ Jayma C. Leath**
                                                             Jayma C. Leath, Esq.
                                                              GA State Bar No. 639678
                                                             **HIGBEE & ASSOCIATES**
                                                             1504 Brookhollow Dr., Ste 112
                                                            Santa Ana, CA 92705-5418
                                                            (714) 617-8350
                                                           (714) 597-6729 facsimile
                                                           *Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. F/K/A ADLIFE MARKETING & COMMUNICTIONS CO. INC., <br><br> Plaintiff, <br><br> v. <br><br> BILT ENTERPRISES LLC d/b/a J.R. CRICKETS NORTHLAKE; BILLY WILLIAMS, individually; and DOES 1-10, inclusive, <br><br> Defendant. | Case No. _____ <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this day of November 19, 2021, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PARTIES** with the Clerk of Court using the CM/ECF system.

**/s/ Jayma C. Leath**
Jayma C. Leath, Esq.