## AFFIDAVIT OF SERVICE

| Case:<br>1:21-cv-4802 | Court:<br>USDC | County:<br>NORTHERN, GA | Job:<br>6524956 (1:21-cv-4802) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>PREPARED FOOD PHOTOS, INC. F/K/A ADLIFE MARKETING & COMMUNICTIONS CO. INC. | | **Defendant / Respondent:**<br>BILT ENTERPRISES LLC d/b/a J.R. CRICKETS NORTHLAKE; BILLY WILLIAMS, individually; and DOES 1-10, inclusive | |
| **Received by:**<br>Phoenix Legal | | **For:**<br>Law Firm of Higbee & Associates | |
| **To be served upon:**<br>BILT ENTERPRISES LLC C/O BILLY WILLIAMS | | | |

I, Will Acree, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Corino Haynes, 4805 BRIARCLIFF RD NE STE. 106, ATLANTA, GA 30345
**Manner of Service:** Corporation, Jan 10, 2022, 10:45 am EST
**Documents:** Summons and Complaint with Exhibits

**Additional Comments:**
1) Successful Attempt: Jan 10, 2022, 10:45 am EST at 4805 BRIARCLIFF RD NE STE. 106, ATLANTA, GA 30345 received by Corino Haynes. Age: 50; Ethnicity: African American; Gender: Male; Weight: 195; Height: 6'2"; Hair: Brown; Eyes: Brown; Relationship: MANAGER;

_/s/ Will Acree_   1/10/22
Will Acree            Date
121

Phoenix Legal
251 Springs Xing
Canton, GA 30114
(770) 873-6999